**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Vickie Autman Ross,                                    Case No. 3:16CV1209

        Plaintiff

        v.                                                        **ORDER**

Nancy A. Berryhill,
  Acting Commissioner of Social Security,

        Defendant

This is a Social Security case in which the plaintiff, Vickie Autman Ross, appeals the Commissioner's decision denying her application for benefits.

Pending is Magistrate Judge Parker's Report and Recommendation, which found that the administrative law judge did not: 1) adequately explain why he gave the weight he did to the opinion of Dr. Hammerly, plaintiff's consulting psychologist; and 2) give good reasons for rejecting the opinion of plaintiff's treating psychiatrist, Dr. Zhalkovska. (Doc. 18 at 15–20, 21–26).

The Magistrate Judge accordingly recommended that I vacate the Commissioner's decision and remand the case to the agency for further proceedings. (*Id.* at 27).

The Commissioner filed a response stating that she has no objections to the R&R. (Doc. 19).

It is, therefore,

ORDERED THAT:

1.      The Magistrate Judge's Report and Recommendation (Doc. 18) be, and the same

        hereby is, adopted as the order of the court; and

2. The Commissioner's decision be, and the same hereby is, vacated, and the case is remanded for further proceedings consistent with this opinion.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge